Per Curiam.

The first count is clearly bad; (a) and the verdict having been rendered on both counts, the jury may have given damages for those injuries, jn an action for which husband and wife cannot join.

Judgment arrested.

 1 Chilly, 84,7th ed. — Benson v. Swift, 2 Mass. Rep. 50. — Stevenson vs. Hayden, 2 Mass. Rep. 406. — Barnard vs. Whiting & Al. 7 Mass. Rep. 358. — Nye vs. Otis, 8 Mass. Rep. 122. —Kingsley vs. Bill & Al. 9 Mass. Rep. 198.— Sullivan vs. Holker, 15 Mass. Rep. 374. — Blanchard vs. Fiske, 2 N. Hamp 398